```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYSON, INC. and FACTORY MUTUAL
INSURANCE COMPANY and AFFILIATED FM
INSURANCE COMPANY,

                 Plaintiffs,

   v.

KUEHNE + NAGEL INC. dba BLUE ANCHOR
AMERICA LINE,

                 Defendant/Third-party
                 Plaintiff,

   v.

MSC MEDITERRANEAN SHIPPING COMPANY
S.A. and MEDITERRANEAN SHIPPING
COMPANY (USA) INC.,

                 Third-Party Defendants.

Case No.:  22-cv-01568-MKV

**[PROPOSED] ORDER
REGARDING THIRD-PARTY
COMPLAINT**

---

    Having reviewed the Joint Stipulation filed by defendant and third-party plaintiff KUEHNE + NAGEL INC. dba BLUE ANCHOR AMERICA LINE and third-party defendants MSC MEDITERRANEAN SHIPPING COMPANY S.A. and MEDITERRANEAN SHIPPING COMPANY (USA) INC.;

    **IT IS ORDERED** that the Third-Party Complaint against MEDITERRANEAN SHIPPING COMPANY (USA) INC. is hereby dismissed in its entirety, without prejudice and without costs; and

**IT IS ORDERED** that Counts I, II, III, and IV of the Third-Party Complaint, including all Rule 14(c) claims, against MSC MEDITERRANEAN SHIPPING COMPANY S.A. are hereby dismissed, without prejudice and without costs.

**IT IS SO ORDERED.**

Dated:  August 8, 2022                              _____
                                                                                       Hon. Judge Mary Kay Vyskocil