MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

August 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/11/2022
```

**VIA ECF**

The Honorable Mary Kay Vyskocil
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Dyson, Inc., et al. v. Kuehne + Nagel Inc. dba Blue Anchor America Line*
              Case no.: 1:22-cv-01568-MKV

Dear Judge Vyskocil:

    We represent third-party defendant MSC Mediterranean Shipping Company S.A. in the above-referenced action and write, with consent of all parties, to request an adjournment and rescheduling of the initial pretrial conference, currently set for September 27, 2022. September 27th is the second day of Rosh Hashanah, and the undersigned thus cannot attend the conference. This is the first such request.

    Accordingly, pursuant to the Court's Individual Rules of Practices, Rule G, we respectfully request Your Honor reschedule the initial pretrial conference to a date convenient for the Court. We appreciate the Court's attention to this matter.

                            Respectfully submitted,

                            Mark A. Beckman

---

**GRANTED. The Initial Pretrial Conference scheduled for September 27, 2022, at 11:00 AM is ADJOURNED to September 28, 2022 at 10:00 AM. SO ORDERED.**

Date: 8/11/2022
New York, New York

                            Mary Kay Vyskocil
                            United States District Judge