```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYSON, INC. and FACTORY MUTUAL
INSURANCE COMPANY and AFFILIATED
FM INSURANCE COMPANY,

                Plaintiffs,

-against-

KUEHNE + NAGEL INC. dba BLUE
ANCHOR AMERICA LINE,

                Defendant.

1:22-cv-1568-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' Joint Letter dated March 31, 2023. [*See* ECF No. 41.] The Court's Order of Reference to the assigned Magistrate Judge remains open. The parties should *immediately* be in touch with Magistrate Judge Netburn's Chambers to schedule a further settlement conference. The parties should be prepared to report to the Court the status of their efforts to schedule a subsequent settlement conference at the June 6, 2023 conference.

**SO ORDERED.**

**Date:  May 31, 2023**
       **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**