```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYSON, INC. and FACTORY MUTUAL
INSURANCE COMPANY and AFFILIATED
FM INSURANCE COMPANY,

                Plaintiffs,

-against-

KUEHNE + NAGEL INC. dba BLUE
ANCHOR AMERICA LINE,

                Defendant.

1:22-cv-1568-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The June 6, 2023 status conference is ADJOURNED to July 25, 2023 at 10:30 AM. The Court GRANTS an extension of the fact discovery deadline through July 10, 2023, and an extension of expert discovery through September 11, 2023.

The parties are ORDERED to file a joint status letter on or before June 7, 2023, advising the Court whether they have scheduled a subsequent settlement conference with Magistrate Judge Netburn. Within three days of any settlement conference, the parties are directed to file a joint letter advising the Court of the status (but not substance) of settlement discussions.

**SO ORDERED.**

**Date:** June 6, 2023
       New York, NY

*Mary Kay Vyskocil* (signature)
**MARY KAY VYSKOCIL**
**United States District Judge**

1